UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER EUGENE GRESHAM, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PHILIP GUTTIERREZ, Warden, )<br>)<br>Respondent. )<br>_____ ) | NO. CV 12-1363 DDP (FFM)<br><br>JUDGMENT |

    Pursuant to the Order Dismissing Petition,

    IT IS ADJUDGED that the Petition is dismissed without prejudice.

DATED: March 27, 2012

_____
DEAN D. PREGERSON
United States District Judge