O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROGER EUGENE GRESHAM | ) | Case No. CV 12-01363 DDP |
| | ) | |
| Petitioner, | ) | |
| | ) | **ORDER DENYING CERTIFICATE OF** |
| v. | ) | **APPEALABILITY** |
| | ) | |
| PHILIP GUTIERREZ | ) | |
| | ) | |
| Respondent. | ) | |

On March 27, 2012, this court dismissed Petitioner's Petition for Writ of Habeas Corpus ("Petition"), filed in the guise of a motion under 28 U.S.C. § 2241.  Petitioner filed a Notice of Appeal to the Court of Appeals for the Ninth Circuit.  The Ninth Circuit interpreted Petitioner's Notice of Appeal as a request for a Certificate of Appealability ("COA") and directed the request to this court.

As explained in the court's order, it does not appear that Petitioner's remedies under 28 U.S.C. § 2255 would be inadequate or ineffective.  This court therefore lacks jurisdiction over the Petition.  28 U.S.C. § 2255(e).  Because a reasonable jurist could not conclude that the dismissal of the Petition was incorrect,

1  Petitioner has not made a "substantial showing of the denial of a
2  constitutional right." 28 U.S.C. § 2253(c).  The court therefore
3  declines to issue a COA.  See <u>Slack v. McDaniel</u>, 529 U.S. 473, 483-
4  485 (2000).

8  IT IS SO ORDERED.

11 Dated: June 13, 2012

                                        _____
                                        DEAN D. PREGERSON
                                        United States District Judge